IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BEATS ELECTRONICS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Case No. 14-cv-5209 <br><br> **Judge Manish S. Shah** <br><br> **Magistrate Judge Jeffrey T. Gilbert** |

**PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A (1) TEMPORARY RESTRAINING ORDER, (2) DOMAIN NAME TRANSFER ORDER, (3) ASSET RESTRAINING ORDER, (4) EXPEDITED DISCOVERY ORDER AND (5) SERVICE OF PROCESS BY EMAIL AND ELECTRONIC PUBLICATION ORDER**

Plaintiff Beats Electronics, LLC ("Plaintiff" or "Beats") seeks entry of an *ex parte* (1) Temporary Restraining Order, (2) Domain Name Transfer Order, (3) Asset Restraining Order, (4) Expedited Discovery Order and (5) Service of Process by Email and Electronic Publication Order in an action arising out of 15 U.S.C. § 1114, Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d), and the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS § 510. A Memorandum of Law in Support is filed concurrently with this Motion.

1

Dated this 9th day of July 2014.        Respectfully submitted,

                                        /s/ Justin R. Gaudio
                                       Kevin W. Guynn
                                       Amy C. Ziegler
                                       Justin R. Gaudio
                                       Jessica L. Bloodgood
                                       Greer, Burns & Crain, Ltd.
                                       300 South Wacker Drive, Suite 2500
                                       Chicago, Illinois 60606
                                       312.360.0080
                                       312.360.9315 (facsimile)
                                       kguynn@gbclaw.net
                                       aziegler@gbclaw.net
                                       jgaudio@gbclaw.net
                                       jbloodgood@gbclaw.net

                                       *Counsel for Plaintiff Beats Electronics, LLC*