IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BEATS ELECTRONICS, LLC | )<br>)<br>) Case No. 14-cv-5209 |
| Plaintiff, | )<br>) |
| v. | ) **Judge Manish S. Shah**<br>)<br>) **Magistrate Judge Jeffrey T. Gilbert** |
| THE PARTNERSHIPS and<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE "A," | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiff Beats Electronics, LLC ("Plaintiff" or "Beats") files this Motion requesting leave to file the following documents under seal: (1) Schedule A attached to the Complaint, which includes a list of the Defendant Domain Names, domain name registration information and Online Marketplace Accounts; and (2) screenshot printouts showing the active Defendant Internet Stores and WHOIS information for the Defendant Domain Names (Exhibits 6 and 7 to the Declaration of Negin Saberi).

In this action, Beats is requesting temporary *ex parte* relief based on an action for trademark counterfeiting and cybersquatting. Sealing this portion of the file is necessary to prevent the Defendants from learning of these proceedings prior to the execution of the temporary restraining order. If Defendants were to learn of these proceedings prematurely, the likely result would be the destruction of relevant documentary evidence and the hiding or transferring of assets to foreign jurisdictions, which would frustrate the purposes of the underlying law and would interfere with this Court's power to grant relief. Once the temporary

restraining order has been served on the relevant parties and the requested actions are taken, Beats will move to unseal these documents.

Dated this 9th day of July 2014.	Respectfully submitted,

                                                __/s/ Justin R. Gaudio_____
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
kguynn@gbclaw.net
aziegler@gbclaw.net
jgaudio@gbclaw.net
jbloodgood@gbclaw.net

*Counsel for Plaintiff Beats Electronics, LLC*