**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BEATS ELECTRONICS, LLC | )<br>)<br>) |
| Plaintiff, | ) Case No. 14-cv-5209<br>) |
| v. | ) **Judge Manish S. Shah**<br>) |
| THE PARTNERSHIPS and<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE "A," | ) **Magistrate Judge Jeffrey T. Gilbert**<br>)<br>)<br>) |
| Defendants. | )<br>) |

## CORPORATE DISCLOSURE

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, Beats Electronics, LLC ("Plaintiff" or "Beats"), by and through its undersigned counsel, certifies that it is a privately held limited liability company that has no parent company. Plaintiff further certifies that The Carlyle Group owns more than 5% of its stock.

Dated this 9th day of July 2014.   Respectfully submitted,

   /s/ Justin R. Gaudio_____
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
kguynn@gbclaw.net
aziegler@gbclaw.net
jgaudio@gbclaw.net
jbloodgood@gbclaw.net

*Counsel for Plaintiff Beats Electronics, LLC*