**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BEATS ELECTRONICS, LLC ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE PARTNERSHIPS and ) <br> UNINCORPORATED ASSOCIATIONS ) <br> IDENTIFIED ON SCHEDULE "A," ) <br> ) <br> Defendants. ) <br> ) | Case No. 14-cv-5209 <br><br> **Judge Manish S. Shah** <br><br> **Magistrate Judge Jeffrey T. Gilbert** |

## NOTICE OF CLAIMS INVOLVING TRADEMARKS

Pursuant to Local Rule 3.4, Plaintiff Beats Electronics, LLC ("Plaintiff" or "Beats"), by and through its counsel, hereby provides notice of claims involving trademarks. The information required by the rule and 15 U.S.C. §1116(c) is as follows:

1. Names and Addresses of Litigants:

    Beats Electronics, LLC
    1601 Cloverfield Blvd., Suite 5000N
    Santa Monica, California 90404

    THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS
    IDENTIFIED ON SCHEDULE "A"
    Addresses Unknown

2. U.S. Registrations upon which suit has been brought include:

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 3,514,282 | (Beats "b" logo) | FOR: AUDIO EQUIPMENT, NAMELY, HEADPHONES IN CLASS 009. |
| 4,060,781 | (Beats "b" logo) | FOR: AUDIO SPEAKERS; LOUDSPEAKERS IN CLASS 009. |
| 3,881,677 | (Beats "b" logo) | FOR: HEADPHONES IN CLASS 009. |
| 3,862,142 | BEATS | FOR: HEADPHONES IN CLASS 009. |
| 4,314,931 | BEATS PILL | FOR: AUDIO SPEAKERS; LOUDSPEAKERS IN CLASS 009. |
| 4,314,920 | BEATS EXECUTIVE | FOR: HEADPHONES IN CLASS 009. |
| 4,176,105 | BEATS BY DR. DRE | FOR: MEDIA PLAYERS FOR AUTOMOBILES; DVD PLAYERS FOR AUTOMOBILES; CD |

|  |  | PLAYERS FOR AUTOMOBILES; DIGITAL AUDIO PLAYERS FOR AUTOMOBILES; AUDIO SPEAKERS; CAR AUDIO SPEAKERS; LOUDSPEAKERS; LOUDSPEAKER CABINETS; HORNS FOR LOUDSPEAKERS; HEADPHONES; PERSONAL HEADPHONES FOR USE WITH SOUND TRANSMITTING SYSTEMS; MEDIA PLAYERS FOR AUTOMOBILES IN CLASS 009. FOR: T-SHIRTS IN CLASS 025. |
|---|---|---|
| 4,035,777 | BEATS | FOR: AUDIO SPEAKERS; LOUDSPEAKERS IN CLASS 009. |
| 4,355,601 | POWERBEATS BY DR. DRE | FOR: HEADSETS FOR MOBILE PHONES; HEADPHONES, PERSONAL HEADPHONES FOR USE WITH SOUND TRANSMITTING SYSTEMS IN CLASS 009. |
| 4,314,930 | URBEATS | FOR: HEADPHONES IN CLASS 009. |
| 4,314,478 | BEATS STUDIO | FOR: HEADPHONES IN CLASS 009. |
| 4,177,191 | BEATS PRO | FOR: HEADPHONES; PERSONAL HEADPHONES FOR USE WITH SOUND TRANSMITTING SYSTEMS IN CLASS 009. |
| 3,177,979 | BEAT BOX | FOR: COMPUTER SOFTWARE FOR |

|  |  | SEARCHING AND RETRIEVING INFORMATION, SITES AND OTHER RESOURCES ON COMPUTER NETWORKS; COMPUTER SOFTWARE FOR SENDING STREAMING MEDIA OVER A COMPUTER NETWORK; DIGITAL JUKE BOX INCLUDING COMPUTER HARDWARE AND SOFTWARE FOR DISTRIBUTING, SELECTING AND PLAYING AUDIO AND VIDEO MUSICAL INFORMATION; PRERECORDED MUSICAL SOUND RECORDINGS IN CLASS 009. |
|---|---|---|

Dated this 9th day of July 2014.    Respectfully submitted,


   /s/ Justin R. Gaudio
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
kguynn@gbclaw.net
aziegler@gbclaw.net
jgaudio@gbclaw.net
jbloodgood@gbclaw.net

*Counsel for Plaintiff Beats Electronics, LLC*

4